IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION NO. 4:22-CR-00221- |
| § | SDJ-KPJ-1 |
| MARCO A. HENDRICKSON § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Now before the court is the request for revocation of Defendant Marco A. Hendrickson's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on September 27, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Michael John Pannitto of the Federal Public Defender's Office. The Government was represented by Steve Buys.

Defendant was sentenced on April 29, 2009, before The Honorable James H. Payne of the Northern District of Oklahoma after pleading guilty to the offense of Interference with Commerce and Aiding and Abetting - Count 1, a Class C felony; and Possession of a Firearm in Furtherance of a Crime of Violence - Count 3, a Class A felony. These offenses carried a statutory maximum imprisonment term of 20 years as to Count 1, and not less 10 years or more than life as to Count 3. The guideline imprisonment range, based on a total offense level of 29 and a criminal history category of VI, was 151 to 188 months. Marco A. Hendrickson was subsequently sentenced to 271 months' imprisonment consisting of 151 months as to Count 1 and 120 months as to Count 3, ordered to run consecutively, followed by concurrent terms of supervised release consisting of 3 years as to Count 1 and 5 years as to Count 3 subject to the standard conditions of release, plus special conditions to include substance abuse testing and treatment, special financial conditions,

REPORT AND RECOMMENDATION – Page 1

and search conditions. A special assessment fee of $200.00 and a fine in the amount of $2,000 was also ordered. On October 27, 2021, an amended judgement was filed reducing the term of imprisonment to time served on each Count. On November 10, 2021, Marco A. Hendrickson completed his period of imprisonment and began service of the supervision term. On September 9, 2022, jurisdiction was transferred from the Northern District of Oklahoma to the Eastern District of Texas and assigned to The Honorable Sean D. Jordan, U.S. District Judge.

On September 11, 2023, the United States Probation Officer executed a First Amended Petition for Warrant or Summons for Offender Under Supervision (Dkt. #12, Sealed). The Petition asserts that Defendant violated eight (8) conditions of supervision, as follows: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; (3) Defendant shall not commit another federal, state, or local crime; (4) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer; (5) Defendant shall refrain from any unlawful use of a controlled substance; (6) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (7) Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month; and (8) Defendant shall pay a $2,000 fine. No later than 60 days following release from imprisonment Defendant shall pay in equal monthly payments of at least $50 or 10% of net income, whichever is greater, over the duration of the term of supervised release as long as some debt remains (Dkt. #12 at pp. 1–4, Sealed).

The Petition alleges that Defendant committed the following acts: On or about June 17, 2023, in Dallas, Texas, Marco A. Hendrickson did then and there commit the third-degree felony of Unlawful Possession of Firearm By Felon, in violation of Texas Penal Code § 46.04(a). According to an incident report with the Dallas Police Department, officers responded to a shooting call at 8209 Park Lane in Dallas, Texas. Mr. Hendrickson was listed as the arrested person and was shot in the incident on Case No. 110999- 2023. During the investigation, arresting officers watched video surveillance footage from the Food Mart and Jack- In-The-Box where on video Mr. Hendrickson is observed being shot by an unknown suspect across the street from the listed businesses. Mr. Hendrickson is then seen firing back at the unknown suspect before crossing the road and walking towards the Food Mart, visibly injured. Mr. Hendrickson was then observed to throw an object in the trashcan right by the entrance to the store and then sit on the ground. Arresting officers later looked in the trash can and recovered a firearm, noting there were no other items in the trashcan. The firearm was identified as a Taurus 9mm pistol with Serial No. ABH806648 and a NCIC search returned no results. The report stated that there was no round in the chamber and [5] rounds in the magazine. The Physical Evidence Section (PES) with the Dallas Police Department recovered shell casings at the crime scene and the firearm was noted to have blood stains on it. PES took the firearm for DNA testing. Arresting officers later learned of Mr. Hendrickson's federal warrant related to his probation violation and he was transported to Dallas Presbyterian Hospital for his gunshot wound. On September 11, 2023, the undersigned contacted the Dallas County Clerk's office, and they advised that the felony case is open, and the District Attorney's office has accepted the charge (F2355635). Additionally, on or about August 25, 2022, in Plano TX, Marco A. Hendrickson did then and there commit the misdemeanor offenses of Possession of Drug Paraphernalia, in violation of Texas Penal Code § 481.125 and Facsimile

Firearms - Display In Public, in violation of Plano City Ordinance § 14-12(b)(1). According to the offense report, officers with the Plano Police Department were dispatched to a report that a male pulled a gun on another person in a public restroom. The reporting person described the suspect as a black male with tattoos. When officers arrived to the area they made contact with a white male who reported that an older black male with grey hair told him someone pulled a gun on him. This took place outside of the public bathrooms at Haggard Park which is located in Downtown Plano. According to the report, a person matching the description of the suspect was detained and later identified as Mr. Hendrickson who was found to be carrying a black facsimile Glock 19 that appeared like a real firearm. The facsimile firearm was located on Mr. Hendrickson's person by an officer with the Plano Police Department. According to the report, the facsimile Glock had a serial number of GUW019 and did not have any apparent colored markings to indicate it was a toy gun. The facsimile firearm was found to be a BB gun. After a consent to search was given, Mr. Hendrickson had a purse style bag on him, which inside contained a clear straight glass pipe with burned residue on both ends. The report identifies this object as a "crack" pipe. The officers then contacted the reporting person who told officers that he entered the public bathroom and was waiting for his turn to use the stall. He stated that he then attempted to enter a stall he believed was not being used and he was told by Mr. Hendrickson to give him some space that he was still using the restroom. The reporting person stated that as he began to apologize Mr. Hendrickson reached into a backpack and pulled out a gun. The reporting person stated that Mr. Hendrickson did not say anything to him or point it at him, but he took it as a threat. The reporting person stated that he was scared when it happened, so he called the police. According to the report, Mr. Hendrickson admitted to officers that he took the facsimile firearm out of his bag and put it into his pocket. Mr. Hendrickson explained he did that because he did not want anyone else to steal it. He was then

placed under arrest for Possession of Drug Paraphernalia and Facsimile Firearm and transported to the Plano city jail where he bonded out the following day. On September 15, 2022, contact was made with the Plano Municipal Court, and they advised that Mr. Hendrickson failed to contact the court or pay the aforementioned citations by the due date, which was September 7, 2022. Mr. Hendrickson failed to report his arrest on August 25, 2022, by the Plano Police Department to the probation officer. On August 5, 2022, Mr. Hendrickson submitted a urine specimen at the U.S. Probation Office in Plano, Texas which tested positive for cocaine and marijuana. He subsequently admitted to using cocaine and marijuana and signed an admission form stating such. Mr. Hendrickson failed to submit a monthly report via the electronic reporting system (ERS) for the months of June and July 2022, within the first five days of each month as directed. Additionally, at the time the first amended petition was filed, Defendant had not submitted his monthly report for the month of August 2022. On February 22, 2022, a payment schedule was executed wherein Mr. Hendrickson agreed to make payments toward the fine balance of no less than $100 each month beginning on March 15, 2022. Mr. Hendrickson failed to make a payment towards his fine for the months of April, May, June, July, August and September 2022. At the time the first amended petition was filed, the current outstanding fine balance was $58.93 (Dkt. #12 at pp. 1–4, Sealed).

    Prior to the Government putting on its case at the final revocation hearing, Defendant entered a plea of true to allegations four, five, six, seven, and eight of the Petition. Having considered the Petition and the plea of true to allegations four, five, six, seven, and eight, the court finds that Defendant did violate his conditions of supervised release.

    Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of imprisonment of twenty-one (21) months, to run consecutively to related charges in the Northern District of Texas (if the Northern District of Texas dismisses the charges, then this term of imprisonment shall run consecutively to like charges in Dallas County, Texas), no term of supervised release to follow. The court also recommends that Defendant be housed in the Bureau of Prisons facility in Seagoville, Texas, if appropriate.

**SIGNED this 21st day of October, 2023.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE